IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 18-cr-00395-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RIORDAN ANTHONY MAYNARD,

    Defendant.

**ORDER STRIKING DEFENDANT'S EMERGENCY MOTION
FOR AN INDICATIVE RULING REGARDING COMPASSIONATE RELEASE**

This matter is before the Court on Defendant Riordan Maynard's Emergency Motion for an Indicative Ruling Regarding Compassionate Release ("the Motion"). (Doc. # 146.) In his Motion, Mr. Maynard moves the Court to "make an indicative ruling that it would grant Mr. Maynard compassionate release under 18 U.S.C. § 3582(c)(1)(A), if the Tenth Circuit Court of Appeals remanded this case for that purpose. . . ." (*Id*. at 1.) The Court strikes the Motion both for lack of jurisdiction and because the "indicative ruling" Mr. Maynard seeks would constitute an impermissible advisory opinion.

Once Mr. Maynard filed his Notice of Appeal on August 22, 2019, this Court lost jurisdiction over the instant case. (Doc. # 121.) The Court may not rule on a motion by Mr. Maynard absent a mandate from the Tenth Circuit that restores the Court's jurisdiction. Further, to the extent Mr. Maynard moves this Court to opine on whether it

would grant a motion for compassionate release if it did have jurisdiction, Mr. Maynard seeks an impermissible advisory opinion. *See Alexander v. Mullarkey*, 340 F. App'x 455, 457 (10th Cir. 2009) ("It is fundamental that federal courts do not render advisory opinions and that they are limited to deciding issues in actual cases and controversies." (quoting *United States v. Burlington N. R.R.*, 200 F.3d 679, 699 (10th Cir. 1999))).

Accordingly, the Court ORDERS that Mr. Maynard's Emergency Motion for an Indicative Ruling Regarding Compassionate Release (Doc. # 146) is hereby STRICKEN.

DATED: April 29, 2020

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge