IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 18-cr-00395-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RIORDAN ANTHONY MAYNARD,

    Defendant.

---

**ORDER DENYING DEFENDANT'S EMERGENCY MOTION
FOR AN INDICATIVE RULING REGARDING COMPASSIONATE RELEASE**

---

Upon motion of the defendant for an indicative ruling regarding a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the Motion (Doc. # 162) is DENIED after complete review of the Motion on the merits.

    FACTORS CONSIDERED:

- On May 14, 2019, a jury convicted Mr. Maynard of 26 counts related to impeding the administration of tax law and the embezzlement of employee health and benefit plans;

- This Court sentenced Mr. Maynard in August 2019, and his current projected release date from the Bureau of Prisons is March 23, 2025 (Doc. # 150 at 1);

- Mr. Maynard has served less than **19%** of his 78-month sentence (Doc. # 168 at 12);

- Mr. Maynard has not shown that extraordinary circumstances warrant such a drastic deviation from the sentence this Court imposed; and

- Even if Mr. Maynard had shown extraordinary circumstances that warrant early release, the 3553(a) factors strongly weigh against that outcome. Specifically, the reduction Mr. Maynard requests, "would not only fail to promote respect for the law—it would make a mockery of it." *United States v. McClaflin*, No. 1:17-cr-00168-CMA, 2020 WL 4057587, at *2 (D. Colo. July 20, 2020) (denying white collar criminal's motion for compassionate release when release would have resulted in an 85% reduction in the defendant's sentence).

DATED: October 1, 2020

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge